Hillabold v. Bales—76 Ind. App. 694.

ENLOE, J.—The controlling facts in this case were all considered in the case of the *Queen Ins. Co.* v. *Delphi Strawboard Co.* (1920), *ante* 47, 128 N. E. 697, and on the authority of that case the judgment of the lower court herein is affirmed.

---

ZARING v. WESTON, ADMINISTRATOR, ET AL.

[No. 11,066.    Filed March 16, 1921.    Rehearing denied June 8, 1921.]

From Washington Circuit Court; *William H. Paynter*, Judge.

Action between Phillip A. Zaring and William Weston, Administrator of the estate of Josephine Denny, deceased, and others. From the judgment rendered, the former appeals. *Affirmed.*

*Montgomery & Montgomery*, for appellant.
*Hottel & Mead* and *R. C. Brown*, for appellees.

PER CURIAM.—Affirmed.

---

CALUMET ELECTRIC COMPANY ET AL. v. INTERNATIONAL TRUST AND SAVINGS BANK, TRUSTEE.

[No. 10,871.    Filed June 8, 1921.]

From Lake Superior Court; *Charles E. Greenwald*, Judge.

Action between the Calumet Electric Company and another and the International Trust and Savings Bank, trustee. From the judgment rendered, the former appeal. *Affirmed.*

*Charles W. Chase* and *H. W. Worden*, for appellants.
*Wildermuth & Force*, for appellee.

PER CURIAM.—Judgment affirmed.

---

HILLABOLD ET AL. v. BALES.

[No. 10,941.    Filed June 10, 1921.]

From Starke Circuit Court; *William C. Pentecost*, Judge.

Action between Clarence H. Bales and Matt Hillabold and others. From a judgment for the former, the latter appeal. *Affirmed.*

*Charles Hamilton Peters,* for appellants.
*William J. Reed,* for appellee.

REMY, J.—Judgment affirmed on authority of *Tongret* v. *Carlin* (1905), 165 Ind. 489, 75 N. E. 887; *Palmer* v. *Beall* (1915), 60 Ind. App. 208, 110 N. E. 218.

---

KINDEL, ADMINISTRATOR, *v.* BIERIE ET AL.

[No. 10,593.   Filed June 22, 1921.]

From Adams Circuit Court; *David E. Smith,* Judge.

Action between Albert S. Kindel, administrator, and Charles E. Bierie and others. From the judgment rendered, the former appeals. *Affirmed conditionally.*

*Dore B. Erwin* and *William H. Eichhorn,* for appellant.
*A. W. Hamilton* and *C. J. Lutz,* for appellees.

REMY, J.—On authority of *Kindel, Admr.,* v. *French* (1921), 190 Ind. 595, 131 N. E. 227, the judgment is erroneous, being $125 too large, which sum, with interest from March 18, 1919, must be remitted, and proof of the entry in the circuit court of such remittitur must be made within thirty days. Otherwise the judgment will be reversed. Costs to be taxed to appellee.

---

KINDEL, ADMINISTRATOR, *v.* GENTIS ET AL.

[No. 10,592.   Filed June 22, 1921.]

From Adams Circuit Court; *David E. Smith,* Judge.

Action between Albert S. Kindel, administrator, and Cletus Gentis and others. From the judgment rendered, the former appeals. *Affirmed conditionally.*

*William H. Eichhorn* and *Dore B. Erwin,* for appellant.
*A. W. Hamilton* and *C. J. Lutz,* for appellees.

REMY, J.—On the authority of *Kindel, Admr.,* v. *French* (1921), 190 Ind. 595, 131 N. E. 227, the judgment is erroneous, being $100 too large, which sum, with interest from March 18, 1919, must be remitted, and proof of the entry in the circuit court of such remittitur must be made within thirty days. Otherwise the judgment will be reversed. Costs to be taxed to appellee.